4804/Cmplt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO:



**07-21715**

# CIV-HIGHSMITH

/ McALILEY

TOW TELL MARINE SERVICE, LLC
d/b/a H20 TOW MARINE TOWING
& SALVAGE,

          Plaintiff,

vs.

M/V "GIGITA," her engines, machinery,
tackle, appurtenances, boilers, etc.,
in <u>rem</u> and SAMI MNAYMNEH,
in <u>personam,</u>

          Defendant.

_____/

## <u>VERIFIED COMPLAINT</u>

Plaintiff, TOW TELL MARINE SERVICE, LLC d/b/a H20 TOW MARINE TOWING

& SALVAGE, by and through its undersigned attorney, sues the Defendants, M/V

"GIGITA," her engines, machinery, tackle, appurtenances, boilers, etc., <u>in rem</u>, and

SAMI MNAYMNEH, <u>in personam</u> and alleges, upon information and belief, as follows:

1.      This is an action within the Court's admiralty and maritime jurisdiction

within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within the

Court's admiralty and maritime jurisdiction pursuant 28 U.S.C. §1333.

2.      The Plaintiff, TOW TELL MARINE SERVICE, LLC d/b/a H20 TOW

MARINE TOWING & SALVAGE (hereinafter referred to as "H20 TOW"), was and is at

all times material hereto, a Florida corporation, having its principal place of business in

Key Biscayne, Florida.

3.      The Defendant, M/V "GIGITA", is a 2002 65-foot Princess motoryacht, and which is or will be, during the pendency of this action, within the district and jurisdiction of the Court.

4.      The Defendant, SAMI MNAYMNEH, is an individual and resident of Miami-Dade County and was the owner of the M/V GIGITA at all time material hereto.

5.      H2O TOW rendered salvage services to the Defendant vessel for which it has not been paid. Such salvage services give rise to a maritime lien on the res saved.

6.      The facts giving rise to this claim for salvage are as follows:

(a)      Upon information and belief, on August 8, 2005 the M/V "GIGITA" was offshore, on fire, and was in danger of completely burning and sinking and issued a "mayday" call for emergency assistance.

(b)      H20 TOW arrived on scene to perform salvage services to the M/V "GIGITA". When H2O TOW arrived the fire had been extinguished but the Captain of the M/V "GIGITA" requested an escort to safe harbor.

(c) As the M/V 'GIGITA" was underway, being escorted to safe harbor, a Captain employed by H2O TOW noticed smoke coming from the vessel, immediately advised the Captain of the M/V "GIGITA" to stop her engines, and boarded the M/V "GIGITA" to inspect the vessel for the source of the smoke, that being the same engine that had been the source of the earlier fire.

(d)      The Captain of H20 TOW then proceeded to extinguish the fire.

(e)      The actions of H20 TOW's Captain placed him in significant personal danger.

2

(f)     As a result of H20 TOW's prompt action, the M/V "GIGITA" was saved from catastrophic damage and the actions of H20 TOW successfully removed the vessel from its imperiled state and brought the vessel to safe anchor.

(g)     The M/V "GIGITA" was subject to a known marine peril, to wit: smoke coming from the vessel's engines, potential fire, potential sinking and/or total loss.

(h)     H20 TOW rendered the services to the Defendant vessel voluntarily.

(i)     The success of the salvage operation was due solely to the efforts of H20 TOW.  Without the intervention of H20 TOW, the M/V "GIGITA" would have most likely continued to burn and suffer extensive, if not total, damage.

WHEREFORE, the Plaintiff, H20 TOW, prays:

A.     That the Court decree a liberal salvage award in favor of H20 TOW.

B.     That process in due form of law according to the laws and practices of this Court in causes of admiralty and maritime jurisdiction be issued against the Defendant, M/V "GIGITA," her engines, tackle, appurtenances, boilers, etc., in rem.

C.     That the owner of the Defendant vessel be summoned to appear and answer all and singular matters aforesaid.

D.     That the Court award H20 TOW a salvage lien against in rem Defendant, M/V "GIGITA", and judgment against SAMI MNAYMNEH, in personam, as provided by federal admiralty law in an amount of no less than 25% of the value of the vessel at the time of the incident, plus prejudgment interest, costs, storage and related expenses excluding custodial expenses, from the commencement of salvage and reasonable attorney's fees pursuant to the salvage contract.

3

E.     That the in rem Defendant, M/V "GIGITA," be condemned and sold to satisfy the lien of H20 TOW, in whole or in part, with interest, costs, expenses and reasonable attorney's fees.

F.     That Plaintiff, H20 TOWING, have such other and further relief as law and justice may require.

Respectfully submitted on this 29th day of June, 2007.

CASSIDY & BLACK, P.A.
Attorneys for Plaintiff
8370 W. Flagler Street, Suite 252
Miami, Florida 33144
Telephone:   (305) 559-4962
Facsimile:    (305) 559-2163

By _____
MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162

4

4804/verif

## VERIFICATION OF COMPLAINT

STATE OF FLORIDA       }
}  SS
COUNTY OF MIAMI-DADE    }

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified within and for the state and county aforesaid, personally came and appeared HARRY TELLAM, after first being duly sworn on oath depose and say:

I, HARRY TELLAM, am the managing partner of Tow Tell Marine Services, LLC d/b/a H20 Tow and after first being duly sworn on oath depose and say, I have read the foregoing Verified Complaint Under Rule 9(h) and that the same is true to the best of my own personal knowledge and information.

FURTHER AFFIANT SAYETH NAUGHT.

_____
HARRY TELLAM, Managing Partner of
Tow Tell Marine Services, LLC d/b/a H20 Tow

Be it known, that on this _31st_ day of May, 2007, before me, the undersigned, a notary public, duly commissioned and sworn, personally came and appeared HARRY TELLAM, Managing Partner of Tow Tell Marine Services, LLC d/b/a H20 Tow, who has produced _____, as identification or who is personally known to me and is the same person described in and who executed the foregoing.

In Testimony Whereof, I have hereunto subscribed my name and affixed my seal of office the day and year last above written.

_____
Notary Public
Commission Date & Seal

ROSA M. DURAN
Notary Public - State of Florida
My Commission Expires Aug 25, 2010
Commission # DD 587909
Bonded By National Notary Assn.

JS 44   (Rev. 11/05)

# CIVIL COVER SHEET

07-21715

CIV-HIGHSMITH

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| TOW TELL MARINE SERVICE, LLC, d/b/a H2O TOW MARINE TOWING & SALVAGE | M/V "GIGITA", her engine, tackle, machinery etc. in rem and SAMI MNAYMNEH, in personam, |

**(b)** County of Residence of First Listed Plaintiff   Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Michael C. Black, Esquire
CASSIDY & BLACK, P.A.
8370 W. Flagler Street, Suite 252, Miami, Florida 33144
Tel: 305-559-4962

FILED by _____ D.C.

JUL 0 5 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Attorneys (If Known)

/ McALILEY

**(d)** Check County Where Action Arose:   ✓ MIAMI-DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

✓ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

Dade, 07-21715-Civ-Highsmith   McAliley

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS —Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

✓ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Re-filed- (see VI below)   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO

JUDGE _____   DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

Rule 9(h) FRCP amd 28 USC Section 1333;  Maritime lien for salvage services

LENGTH OF TRIAL via  2-3  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   *Michael C. Black*

DATE   June 25, 2007

**FOR OFFICE USE ONLY**

AMOUNT  350.-   RECEIPT #  962711   IFP _____